**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **KANDISE NADINE LUCAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )        **Civil Action No. 3:23cv19** |
| | ) |
| **INTERCEPT YOUTH SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**NOTICE OF REMOVAL**

COMES NOW defendant Intercept Youth Services, Inc. ("Intercept"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446 and file this, their Notice of Removal of this action from the Circuit Court for the City of Richmond to the United States District Court for the Eastern District of Virginia, Richmond Division. In support thereof, Intercept states as follows:

1.  Plaintiff commenced a civil action by filing a Complaint in the Circuit Court for the City of Richmond on or about December 15, 2022. See **Exhibit A**, at *1.

2.  A copy of all pleadings Intercept is aware of that have been filed to date in the subject lawsuit are attached to this Notice. See **Exhibit A**.

3.  Intercept was served with process on January 4, 2023.

4.  The Complaint contains claims arising under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964. Therefore, there is federal question jurisdiction, this court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this court pursuant to 28 U.S.C. § 1441(a).



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

- 1 -

5. Defendants desire to remove this action to this Court.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the receipt by Intercept of a copy of the initial pleading setting forth the claim for relief upon which this action is based and within thirty (30) days after the service of the Complaint upon Intercept.

7. Intercept this day served Plaintiff with a copy of this Notice of Removal and caused to be filed in the Circuit Court for the City of Roanoke a copy of this Notice of Removal. See **Exhibit B**.

8. In filing this Notice of Removal, Intercept denies that Plaintiff has stated a claim for which relief may be granted and denies that Plaintiff has been damaged in any manner. Intercept does not waive, and specifically reserves, any and all objections, defenses, and motions available to it.

9. Defendants demand a trial by jury.

10. Wherefore, defendant Intercept Youth Services, respectfully requests that this action be removed from the Circuit Court for the City of Richmond to this Court.

Respectfully Submitted,

INTERCEPT YOUTH SERVICES, INC.

/s/_____
Nathan H. Schnetzler (VSB No. 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone:       (540) 772-4600
Fax:          (540) 772-9167
Email:       nschnetzler@faplawfirm.com
*Counsel for Intercept Youth Services, Inc.*



1147.1398\NHS
4891-3136-2885 .v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record, and I have mailed a copy via U.S. Mail to the pro se plaintiff:

Kandise N. Lucas
514 East Williamsburg Road
Sandston, VA 23150


/s/_____
                Of Counsel



FRITH
ANDERSON
+ PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

- 3 -

1147.1398\NHS
4891-3136-2885 .v1